O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DALE E. PHILLIPS,<br><br>        Plaintiff,<br><br>     v.<br><br>THE IRVINE COMPANY LLC, et al.,<br><br>        Defendants. | No. 8:23-cv-00622-CAS-BFM<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records and files herein and the Magistrate Judge's Report and Recommendation. No objections to the Report and Recommendation were filed. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.

2. Judgment shall be entered dismissing this action without prejudice for failure to prosecute and to follow court orders.

///

///

3. The Court Clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED: June 25, 2025

*Christina A. Snyder*

_____
HONORABLE CHRISTINA A. SNYDER
SENIOR UNITED STATES DISTRICT JUDGE