JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| DALE E. PHILLIPS,<br><br>        Plaintiff,<br><br>    v.<br><br>THE IRVINE COMPANY LLC, et al.,<br><br>        Defendants. | No. 8:23-cv-00622-CAS-BFM<br><br>**JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: June 25, 2025

*Christina A. Snyder*

_____
HONORABLE CHRISTINA A. SNYDER
SENIOR UNITED STATES DISTRICT JUDGE